# Court of Appeals
# of the State of Georgia

ATLANTA, May 21, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0198.  VAUGHN v. THOMAS COUNTY DFCS et al.**

Lisa Vaughn filed an "emergency petition for writ of mandamus, immediate return of child, and $100,000,000 in damages." Said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/21/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*